# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3469
_____

Craig L. Anderson

*Plaintiff - Appellant*

v.

County of Jackson

*Defendant* - Appellee

Margaret Salzwedal

*Defendant*

Terry Whitman; Bruce Anderson; Darlene Anderson; Robert O'Connor; John
Morrison; Cynthia Burrell; John Doe; Jane Doe, jointly and severally

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: July 2, 2013
Filed: July 3, 2013
[Unpublished]
_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Craig L. Anderson appeals following the district court's[1] entry of judgment in favor of defendants in his 42 U.S.C. § 1983 action. Upon de novo review of the record, and careful consideration of Anderson's arguments for reversal, we find no basis for overturning the district court's well-reasoned decision on the motions to dismiss or for summary judgment. See Carmody v. Kansas City Bd. of Police Comm'rs, 713 F.3d 401, 404 (8th Cir. 2013) (summary judgment); Laase v. County of Isanti, 638 F.3d 853, 856 (8th Cir. 2011) (dismissal for failure to state claim based on res judicata). We also find no abuse of discretion in the court's denial of the other rulings Anderson challenges, or appears to challenge, on appeal. See Wiles v. Capitol Indem. Corp., 280 F.3d 868, 871 (8th Cir. 2002) (leave to amend complaint); Parton v. White, 203 F.3d 552, 556 (8th Cir. 2000) (per curiam) (Fed. R. Civ. P. 59(e) motion). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.